134,669

| | | |
|---|---|---|
| ZAKIAH RAHMAN | NUMBER | SECTION |
| VERSUS | 23rd JUDICIAL DISTRICT COURT | |
| TRISURA SPECIALTY INSURANCE COMPANY, TRUENORTH TRANSPORTATION COMPANY AND COREY AHLBERG | PARISH OF ASCENSION | |
| | STATE OF LOUISIANA | |

2022 AUG -3 A 11: 17

Original Signed by: Natalie Hanna

DIVISION E

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes ZAKIAH RAHMAN, a resident of the full age of majority of the Parish of East Baton Rouge, State of Louisiana, who respectfully represents:

**1.**

Made Defendants are:

1. **TRISURA SPECIALTY INSURANCE COMPANY,** a foreign insurance company authorized to do and doing business in the State of Louisiana;

2. **TRUENORTH TRANSPORTATION COMPANY,** a foreign corporation authorized to do and doing business in the State of Louisiana; and

3. **COREY AHLBERG,** alleged on information and belief to be a resident of the full age of majority of the County of Polk, State of Florida.

**2.**

On or about August 12, 2021, at approximately 11:15 p.m., ZAKIAH RAHMAN was operating a 2007 Jeep Wrangler, owned by Musa Rahman, and traveling in a westbound direction on Interstate 10, in the Parish of Ascension, State of Louisiana.

**3.**

At approximately the same time and place, COREY AHLBERG was operating a 2015 Peterbilt 579, owned by TRUENORTH TRANSPORTATION COMPANY, said vehicle also traveling west on Interstate 10.

**4.**

The 2015 Peterbilt 579 was situated directly behind the RAHMAN vehicle.

**5.**

At the above described time and location, COREY AHLBERG struck the rear portion of ZAKIAH RAHMAN's vehicle with the 2015 Peterbilt 579.

EXHIBIT "A"

**6.**

The acts of fault and lack of skill by defendant, COREY AHLBERG, which were the proximate cause of the collision, were as follows:

(i) Failing to keep a proper lookout;

(ii) Failing to have his automobile under control so as to keep it from striking petitioner's vehicle;

(iii) Failing to steer his automobile properly so as to avoid striking petitioner's vehicle;

(iv) Failing to apply the brakes properly on his automobile so as to bring it to a stop before colliding with petitioner's vehicle;

(v) Following too closely;

(vi) Such other acts and omissions as will be shown on the trial, all of which were in contravention of the exercise of due care, prudence, and the laws of the State of Louisiana, which are specially pleaded as if and as though copied *in extenso*.

**7.**

At the time of the accident, COREY AHLBERG was in the course and scope of his employment with TRUENORTH TRANSPORTATION COMPANY and, as such, TRUENORTH TRANSPORTATION COMPANY is vicariously liable for his actions.

**8.**

TRUENORTH TRANSPORTATION COMPANY is also responsible for their own independent acts of negligence.

**9.**

As a result of this collision, ZAKIAH RAHMAN has sustained the following non-exclusive elements of damages:

a. Physical pain and suffering (past, present and future);

b. Mental anguish (past, present and future);

c. Loss of enjoyment of life (past, present and future);

d. Disfigurement and disability;

e. Medical Expenses (past, present and future);

f. Lost Wages/Earnings (past, present and future);

g. Property Damages;

h. Other elements of damages developed during discovery and/or demonstrated with particularity at the trial of this matter.

**10.**

Petitioner alleges on information and belief that at the time of this accident there was in full force and effect a policy of insurance issued by defendant, TRISURA SPECIALTY INSURANCE COMPANY, under the terms of which it agreed to insure and indemnify defendants, TRUENORTH TRANSPORTATION COMPANY and COREY AHLBERG from the damages asserted herein.

**11.**

The value of this claim exceeds the amount required to request a trial by jury.

**WHEREFORE**, Plaintiff, ZAKIAH RAHMAN, prays that defendants be served with this Petition, and after being duly cited to appear and answer same and the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Plaintiff, ZAKIAH RAHMAN and against Defendants, TRISURA SPECIALTY INSURANCE COMPANY, TRUENORTH TRANSPORTATION COMPANY and COREY AHLBERG, jointly and in solido, for such damages as are reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of these proceedings, and such equitable relief to which plaintiff may be entitled.

BY ATTORNEY:

_____
JEFFREY N. RABB (Bar Roll No. 25836)
**DUDLEY DEBOSIER INJURY LAWYERS, PLC**
1075 Government Street
Baton Rouge, Louisiana 70802
Office: 225-379-4936
Fax:    225-379-4986
jrabb@dudleydebosier.com

PLEASE SERVE:

Trisura Specialty Insurance Company
Through its agent for service of process:
The Secretary of State for the
State of Louisiana
Post Office Box 94125
Baton Rouge, Louisiana 70804

Truenorth Transportation Company
Through its agent for service of process:
Through the Long Arm Statute:
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201

Corey Ahlberg
Through the Long Arm Statute:
4418 Talon Loop
Lakeland, Florida 33812